UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAHIR RAMOS, individually and as the Administrator of the ESTATE OF ANGEL RAMOS,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS J. MARCISZ, M.D.; DAVID J. OBLON, M.D.; and TRI-CITY MEDICAL CENTER,<br><br>Defendants. | Civil No.   06cv2282-W (CAB)<br><br>**ORDER DENYING RENEWED MOTION TO EXCLUDE EXPERT REPORTS**<br>**[Doc. No. 72]** |

On September 26, 2008, the Court held a telephonic conference on Defendants' Renewed Motion to Exclude Plaintiff's Expert Witness Reports from Introduction at Trial. [Doc. No. 72.] Lee Lubin, Esq., appeared for Plaintiff Nahir Ramos.  Clark Hudson, Esq., appeared for Defendant Thomas Marcisz. Mark Birmingham, Esq., appeared for Defendant Tri-City Medical Center.  Having considered the submissions of the parties and the arguments of counsel, the Motion is **DENIED**.

Plaintiff was ordered to serve the Rule 26(a)(2) reports of her experts on the Defendants no later than May 19, 2008. [Doc. No. 65.] The reports were timely served and the depositions of plaintiff's experts were taken in July.  Defendants' renewed request to exclude the reports and testimony of these experts does not demonstrate prejudice resulting from the delayed reports that would justify striking the reports, so the motion is denied.

Further, in light of the Order Granting Summary Judgment for Defendant Marcisz, issued on September 26, 2008 [Doc.No. 83], this Court declines to issue any additional order or recommen-

1

dation regarding the production of the plaintiff's expert reports.

**IT IS SO ORDERED.**

DATED: September 26, 2008

                                              _____
CATHY ANN BENCIVENGO
United States Magistrate Judge